CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2010 SEP 16 PM 5:22
DEPUTY CLERK ___

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDWARD ROY NEWSOME, §
§
    Petitioner, §
§
v. § 2:10-CV-0180
§
RICK THALER, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a form petition for a writ of habeas corpus. On August 16, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be dismissed for failure to present a cognizable ground for relief. On August 23, 2010, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _16th_ day of _September_ 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE